## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 23-11130 |
| **Jedediah Charles Huf** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **Freedom Mortgage Corporation** | : **Related Document # 18** |
| **Movant,** | : |
| vs | : |
| | : |
| **Jedediah Charles Huf** | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents.** | : |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 18)

Now comes Freedom Mortgage Corporation ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on June 1, 2023. The Objection to Confirmation of Plan needs to be withdrawn because The Second Amended Chapter 13 Plan filed November 21, 2023 at Docket number 46 resolves Creditor's objection..

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

23-023569_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 23-11130** |
| **Jedediah Charles Huf** | : **Chapter 13** |
| | : **Judge Patricia M. Mayer** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * |
| | : |
| **Freedom Mortgage Corporation** | : **Related Document # 18** |
| **Movant,** | : |
| vs | : |
| | : |
| **Jedediah Charles Huf** | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents.** | : |

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 18) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

MICHAEL A. CIBIK, Attorney for Jedediah Charles Huf, mail@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Jedediah Charles Huf, 267 Commerce St, Oxford, PA  19363-1738

/s/Alyk L. Oflazian

23-023569_SCS2