# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-11130** |
| **Jedediah Charles Huf** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Freedom Mortgage Corporation** | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Jedediah Charles Huf** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | : | |
| | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the Certification of Default filed by Freedom Mortgage Corporation ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 267 Commerce Street, Oxford, PA 19363 and more particularly described in the Mortgage, recorded February 1, 2019, at Instrument Number 11650373.

BY THE COURT

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Alyk L. Oflazian, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Kenneth E. West, Chapter 13 Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com (notified by ecf)

23-023569_SJW

MICHAEL A. CIBIK, Attorney for Debtor, 1500 Walnut Street, Suite 900, Philadelphia, PA 19102, mail@cibiklaw.com (notified by ecf)

Jedediah Charles Huf, Debtor, 267 Commerce St, Oxford, PA  19363-1738 (notified by regular US Mail)

23-023569_SJW