IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 23-11130** |
| **Jedediah Charles Huf** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Freedom Mortgage Corporation** | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| **Jedediah Charles Huf** | : | |
| **Kenneth E. West** | : | |
| Respondents. | : | |
| | : | |

### ORDER OF COURT

AND NOW, this  19th  day of  January  , 20 24 , upon consideration of the Certification of Default filed by Freedom Mortgage Corporation ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 267 Commerce Street, Oxford, PA 19363 and more particularly described in the Mortgage, recorded February 1, 2019, at Instrument Number 11650373.

BY THE COURT

*Patricia M. Mayer*

_____
PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

23-023569_SJW