United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11130-pmm |
| Jedediah Charles Huf | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jedediah Charles Huf, 267 Commerce St, Oxford, PA 19363-1738 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy@Freedommortgage.com | Jan 20 2024 00:27:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 21, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Cardinal Financial Company Limited Partnership amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Cardinal Financial Company Limited Partnership amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Freedom Mortgage Corporation amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Debtor Jedediah Charles Huf mail@cibiklaw.com
cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 23-11130 |
| **Jedediah Charles Huf** | : | Chapter 13 |
| | : | Judge Patricia M. Mayer |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Freedom Mortgage Corporation** | : | |
| Movant, | : | |
| vs | : | |
| | : | |
| **Jedediah Charles Huf** | : | |
| **Kenneth E. West** | : | |
| Respondents. | : | |
| | : | |

## ORDER OF COURT

AND NOW, this <u>19th</u> day of <u>January</u>, 20<u>24</u>, upon consideration of the Certification of Default filed by Freedom Mortgage Corporation ("Creditor"), it is hereby **ORDERED,** that the Automatic Stay be and hereby is terminated as it affects the interest of Creditor in and to the property located at 267 Commerce Street, Oxford, PA 19363 and more particularly described in the Mortgage, recorded February 1, 2019, at Instrument Number 11650373.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER, JUDGE
UNITED STATES BANKRUPTCY COURT

23-023569_SJW