**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Jedediah Charles Huf, | : | Chapter 13 |
| | : | |
| Debtor | : | Bky. No. 23-11130 (PMM) |

## O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held held in this matter on January 23, 2024,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

*Patricia M. Mayer*

Date: 1/23/24

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**