# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: <br><br> Jedediah Charles Huf, <br><br> Debtor. | Case No. 23-11130-pmm <br><br> Chapter 13 |

**Certificate of Service**

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

Jedediah Charles Huf
267 Commerce St
Oxford, PA 19363-1738

Date: March 12, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com