United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 23-11130-pmm
Jedediah Charles Huf | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 13, 2024     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jedediah Charles Huf, 267 Commerce St, Oxford, PA 19363-1738 |
| 14774933 | | Borough of Oxford, PO Box 380, Oxford, PA 19363-0380 |
| 14774936 | | Chester County Tax Claim Bureau, 313 W Market St # 3602, West Chester, PA 19382-2804 |
| 14774940 | + | Oxford Area School District, 125 Bell Tower Lane, Oxford, PA 19363-1699 |
| 14774943 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2024 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14774934 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2024 00:27:22 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14776526 | | Email/Text: amps@manleydeas.com | Mar 14 2024 00:25:00 | Cardinal Financial Company, Limited Partnership, c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14774937 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2024 00:25:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14774935 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 14 2024 00:25:00 | Cardinal Finance Company, Attn: Bankruptcy, 1 Corporate Dr. Ste 360, Lake Zurich, IL 60047 |
| 14791258 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 14 2024 00:25:00 | Cardinal Financial Company, Limited Partnership, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047 |
| 14822607 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 14 2024 00:25:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |
| 14774938 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2024 00:25:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14774939 | | Email/Text: amps@manleydeas.com | Mar 14 2024 00:25:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 14774941 | | Email/Text: fesbank@attorneygeneral.gov | Mar 14 2024 00:25:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 14774942 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2024 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, Po Box 280946, Harrisburg, PA 17128-0946 |
| 14793844 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2024 00:27:22 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |

| | | | | |
|---|---|---|---|---|
| 14774944 | | Email/Text: legalservices12@snaponcredit.com | Mar 14 2024 00:25:00 | Snap-on Credit, Attn: Bankruptcy, 950 Technology Way, Suite 301, Libertyville, IL 60048 |
| 14774945 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 14 2024 00:25:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14774946 | ^ | MEBN | Mar 14 2024 00:17:45 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | * | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fisher, IN 46037-9764 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Cardinal Financial Company Limited Partnership amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Cardinal Financial Company Limited Partnership amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Freedom Mortgage Corporation amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jedediah Charles Huf help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 23-11130-pmm |
| Jedediah Charles Huf, | Chapter 13 |
| Debtor. | |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either:**

    a. a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    b. a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **March 13, 2024**

_Patricia M. Mayer_
Patricia M. Mayer
U.S. Bankruptcy Judge