| **Information to identify the case:** |
|---|
| Debtor 1    Jedediah Charles Huf |
| Debtor 2 |
| United States Bankruptcy Court for the Eastern District of Pennsylvania |
| Case Number  23-11130-pmm        Chapter 13 |

☐ Check if this is an amended filing

## Certificate of No Response

**Part 1:    Information About the Motion or Application**

1. **Title:**         **Application for Compensation**

2. **Date Filed:**    **March 12, 2024**              **ECF No.: 62**

**Part 2:    Information About the Notice of Motion or Application**

3. **Date Filed:**    **March 12, 2024**              **ECF No.: 62-3**

4. **Response Date:** **March 26, 2024**

**Part 3:    Certification**

I certify that I have received no answer, objection, or other responsive pleading to the motion or application described above. I further certify that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading appears to the motion or application thereon. Pursuant to the notice filed as described above, objections were to be filed and served no later than the date indicated above. I respectfully request that the proposed order attached to the pleading be entered at the earliest convenience of the Court.

I further certify that I have reviewed the Court's docket in this case and no applications for administrative expenses appear thereon.

| | |
|---|---|
| /s/ Michael A. Cibik | March 28, 2024 |
| Signature of Attorney | Date |
| Michael A. Cibik | Cibik Law, P.C. |
| Printed Name and Attorney ID | Firm Name |
| 1500 Walnut Street, Suite 900 | 215-735-1060 |
| Number   Street | Phone |
| Philadelphia, PA 19102 | mail@cibiklaw.com |
| City, State, Zip | Email |