**Exhibit B**
**Summary and Itemization of Fees**

| Case Number | Debtor Name | Period |
|---|---|---|
| 23-11130 | Huf | |

**Summary of Fees**

| Date | Staff | Description | Hours |
|---|---|---|---|
| 04/01/2023 | Attorney | Initial consultation with client. Gathered information about client's financial circumstances, answered questions, and discussed objectives for representation | 1.50 |
| 04/01/2023 | Attorney | Reviewed various documents provided by client, wrote memo to file | 2.00 |
| 04/17/2023 | Attorney | Phone call with client to discuss follow up questions | 0.30 |
| 04/19/2023 | Attorney | Drafted bankruptcy petition, SSN statement, and creditor matrix | 1.00 |
| 05/10/2023 | Attorney | Drafted schedules, statement of financial affairs, and chapter 13 plan based on subsequent discussions with client and documents provided | 3.50 |
| 05/17/2023 | Paralegal | Filed schedules, statements, and plan, and served plan | 0.60 |
| 06/15/2023 | Paralegal | Prepared for 341 meeting of creditors by gathering additional documents from client, redacting personal information, and uploading to court docket and trustee system/ | 2.00 |
| 06/28/2023 | Attorney | Phone call with client to discuss follow up questions | 0.50 |
| 08/01/2023 | Attorney | Prepared for 341 meeting of creditors by reviewing case file and speaking with client | 0.50 |
| 08/02/2023 | Attorney | Represented client at 341 meeting of creditors | 0.50 |
| 08/10/2023 | Attorney | Reviewed motion to dismiss filed by trustee, reviewed payment history, discussed with client | 0.50 |
| 08/15/2023 | Attorney | Reviewed motion for relief filed by Cardinal Finance, discussed with client | 0.50 |
| 08/28/2023 | Attorney | Drafted response to motion for relief. | 0.20 |
| 09/15/2023 | Attorney | Discussed motion for relief settlement with counsel for Cardinal via email | 0.30 |
| 09/21/2023 | Attorney | Reviewed stipulation resolving motion for relief. | 1.00 |
| 10/23/2023 | Attorney | Reviewed proofs of claim | 1.00 |
| 10/23/2023 | Attorney | Drafted first amended chapter 13 plan | 1.00 |
| 10/23/2023 | Paralegal | Filed and served amended chapter 13 plan | 0.50 |
| 10/23/2023 | Attorney | Drafted response to motion to dismiss case. | 0.20 |
| 11/21/2023 | Attorney | Drafted second amended chapter 13 plan | 0.60 |
| 11/21/2023 | Paralegal | Filed and served amended chapter 13 plan | 0.50 |
| 01/23/2023 | Attorney | Attended confirmation hearing | 0.10 |
| 03/12/2023 | Attorney | Reviewed time slips and prepared fee application | 0.60 |
| 03/12/2023 | Paralegal | Filed and served fee application | 0.20 |

| | |
|---|---|
| Total Attorney Hours | 15.80 |
| Attorney Hourly Rate | $350.00 |
| **Attorney Total** | **$5,530.00** |
| | |
| Total Paralegal Time | 3.80 |
| Paralegal Hourly Rate | $125.00 |
| **Paralegal Total** | **$475.00** |
| | |
| Subtotal | $6,005.00 |
| Adjustment | ($130.00) |
| **Grand Total** | **$5.875.00** |